IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| MNW, LLC, AN INDIANA LIMITED LIABILITY COMPANY, | ) ) ) | |
| PLAINTIFF, | ) ) ) | |
| VS. | ) ) | NO. 1:08-CV-119 |
| MEGA AUTO GROUP, INC., A NEW YORK CORPORATION; PERFECT AUTO SALES, INC., A NEW YORK CORPORATION; MARK SHULMAN; FLASH AUTO GROUP, INC., A NEW YORK CORPORATION; AND VIP MOTOR GROUP, LLC, A NEW YORK LIMITED LIABILITY COMPANY, | ) ) ) ) ) ) ) ) ) ) | |
| DEFENDANT. | ) ) | |
| ********** | ) ) | |
| PERFECT AUTO SALES, INC., A NEW YORK CORPORATION, | ) ) ) | |
| CROSS-CLAIMANT, | ) ) | |
| VS. | ) ) | |
| MEGA AUTO GROUP, INC., A NEW YORK CORPORATION; MARK SHULMAN; FLASH AUTO GROUP, INC., A NEW YORK CORPORATION; AND VIP MOTOR GROUP, LLC, A NEW YORK LIMITED LIABILITY COMPANY, | ) ) ) ) ) ) ) ) | |
| CROSS DEFENDANTS. | ) | |

## OPINION

This matter is before the Court on Defendant Mega Auto Group, Inc.'s Motion for Leave of Court to Amend Counterclaim and Defendant VIP Motor Group, Inc.'s Motion for Leave of Court to

Amend Counterclaim. Upon due consideration, it is **ORDERED** that the instant motions for leave to amend counterclaims [DE ## 45-46] are **GRANTED.** The Clerk is directed to show the amended counterclaims filed.

**DATED: January 13, 2009**          /s/RUDY LOZANO, Judge
                                      **United State District Court**